Freeman L. HANKINS, Plaintiff–Appellant,

v.

Connie JORDAN; Brunswick County Board of County Commissioners; Brunswick County Sheriff's Department; Rex Gore; Christopher B. Gentry; Dawn H. Francisco; Adrain Iapalucci; Griffin Anderson; Tony Michealkis, Doctor; Thomas J. David, Doctor; Marta Brown, Doctor; Yvonne M. King; Chris Thomas; M. Bowen, Doctor, Defendants–Appellees.

No. 06–7027.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 21, 2006.

Freeman L. Hankins, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freeman L. Hankins seeks to appeal the district court's order dismissing some of his claims as frivolous in his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hankins seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We grant Hankins' motions to amend his informal brief and deny his motions to appoint counsel, to amend his complaint for summary judgment and "to file 28 U.S.C. § 1331." We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*